# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JAMES R. SMITH,<br><br>        Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHIL,[1]<br>Acting Commissioner of Social Security,<br>        Defendant. | Case No. EDCV 16-2643 SS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: July 31, 2017

                                                  /S/
                                   SUZANNE H. SEGAL
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill, Acting Commissioner of Social Security, is substituted for her predecessor Carolyn W. Colvin, whom Plaintiff named in the Complaint. See Fed. R. Civ. P. 25(d).